OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401682

$ 000.27⁵

SEP. 24. 2015

9/23/2015
BUTLER, MARCUS QUIN    Tr. Ct. No. W12-60367-L (A)        WR-83,941-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

MARCUS QUIN BUTLER
MONTFORD UNIT - TDC # 1910898
8602 PEACH ST.
LUBBOCK, TX 79404-7605

UTF

Dischg

BN3B 79404